AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Mitito Twitty, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    0:24-cv-03440-JDA-SVH |
| Trans Union LLC, | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ other: the plaintiff, Mitito Twitty, take nothing of the defendant, Trans Union LLC, and this action is dismissed without prejudice.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Jacquelyn D. Austin, US District Judge, presiding.  The Court having granted the Plaintiff's motion to dismiss.

Date:  September 12, 2024

*ROBIN L. BLUME, CLERK OF COURT*

s/ A. Snipes

*Signature of Clerk or Deputy Clerk*